UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL LEE AMIS,

                    Plaintiff,

      -against-

CITY OF NEW YORK,

                 Defendant.

26 -CV-02573 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff is ordered to serve the Amended Complaint (ECF 7) on Defendant by **April 28, 2026** and to file proof of such service by **April 28, 2026**.

DATED: April 22, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**