UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL LEE AMIS, | 26-CV-02573 (VSB) (RFT) |
| Plaintiff, | **ORDER** |
| -against- | |
| CITY OF NEW YORK, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Friday, May 8, 2026 at 3:00 PM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 466 821 213#.

DATED:  April 29, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**