UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL LEE AMIS,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

26 -CV-02573 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 9, 2026, Defendant shall have until **September 18, 2026** to file its reply brief in further support of the motion to dismiss, and to file a letter-motion to stay discovery. Plaintiff shall have until **October 5, 2026** to file a letter opposing the anticipated motion to stay.

DATED: September 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**